■     DONNA L. HAWES et al., Appellants, v CHRYSLER CORPORATION et al., Respondents.—Three orders of the Supreme Court, Nassau County, dated July 14, 1978, July 17, 1978 and July 20, 1978, respectively, affirmed, with one bill of $50 costs and disbursements (see *Hird v General Motors Corp.*, 61 AD2d 832). O'Connor, J. P., Lazer, Rabin and Gulotta, JJ., concur.